## Nels P. Nelson, Administrator, Defendant in Error, v. Carolina Lofgren, Plaintiff in Error. J. Albert Lofgren et al., Defendants in Error.

### Gen. No. 6,476.    (Not to be reported in full.)

Error to the Circuit Court of Winnebago county; the Hon. AR-THUR H. FROST, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed February 12, 1918.

### Statement of the Case.

Bill by Nels P. Nelson, administrator with the will annexed of the estate of John Lofgren, deceased, complainant, against Carolina Lofgren, widow, and J. Albert, J. Raymond, Frank, Charles and Cornnal Lofgren and Ida Lofgren Anderson, six children of the deceased by a former marriage, to construe the will of the deceased. From a decree finding the will gives and bequeaths the widow the life use only of the estate, she brings error.

FISHER & NORTH, for plaintiff in error.

ROY F. HALL and BRUCE H. GARRETT, for defendants in error.

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.

### Abstract of the Decision.

WILLS, § 413*—*when life tenant is entitled to portion of principal.* Where a testator's will bequeathed to his wife the use for life of all of his property and provided that if the income should be insufficient to maintain her in a comfortable manner the executors should sell a portion of the real estate for the purpose of giving

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

her a good living, and bequeathed the residue of his estate after his wife's death to his children, and directed the executors, should his wife not desire to live in the present homestead, to sell it and purchase or rent one to her liking, *held* that the wife was entitled not only to the life use of the estate but to a portion of the principal estate, sufficient to give her a good living.